# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

KEITH ALAN SCOTT,

    Plaintiff,

v.                              CASE NO. 5:19cv28-MCR-MJF

BRANDON NEWSOME, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration on the Magistrate Judge's Report and Recommendation dated July 31, 2019. ECF No. 13. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED without prejudice** for failure to comply with two orders of the court.

3. The clerk is directed to close the case file.

**DONE AND ORDERED** this 30th day of August 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**